FILED
March 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002496567

**DAY LAW OFFICES**
Montie S. Day, #073327
**Attorneys at Law**
1235 Casa Palermo Circle
Henderson, Nevada 89011
Tel: (208) 280-3766

Attorney for Montie S. Day, a Creditor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re: )
) CASE NO. 2009-25010
Richard A. Stellmacher and )
Arna I. Stellmacher, ) DC No. MSD-2
)
Debtors ) Chapter 7
)
_____)  Date: April 27, 2010
Time: 9:30 a.m.
Dept: C
Courtroom 35

*The Courtroom of the Honorable*
*Christopher M. Kline*

MOTION FOR ORDER COMPELLING
TRUSTEE TO ABANDON CERTAIN PROPERTY AS ASSETS OF THE
ESTATE (11 U.S.C. Section 554 and Bankruptcy Rule 6007)

Montie S. Day, a creditor in the above-captioned matter, will and does hereby move this Court pursuant to Title 11, U.S.C. Section 554 and Bankruptcy Rule 6007 for an Order compelling the trustee to abandon the bankruptcy estate's interest to Richard A. Stellmacher and Arna Stellmacher certain property which represents potential assets to the estate, as follows:

1. Any and all claims against Regalia Mortgage Company, Inc., dba Regalia Mortgage Company, Robert Guerrero, Luis Guerrero, Regalia Mortgage Company Mexico, S.A. DE C.V. SA, Manual Vizcarra, Mr. James Russell Lowell, III, or other individuals or entities as may have been involved in the matters described in the complaint filed in the United States District Court for the Eastern District of California entitled "RICHARD STELLMACHER, an individual, dba STELLMACHER CONSTRUCTION & DEVELOPMENT, ROBERTO M. GUERRERO, aka ROBERT GUERRERO, aka

MOTION TO COMPEL ABANDONMENT OF CERTAIN PROPERTY

ROBERTO GUERRERO MONTANO, an individual; LUIS GERARDO GUERRERO, aka LUIS GERARDO GUERRERO MONTANO, an individual; MANUEL VAZCARRA, an individual; REGALIA MORTGAGE COMPANY, INC., a California corporation, and REGALIA MORTGAGE COMPANY MEXICO S.A. DE C.V., a foreign business entity, both doing business as REGALIA MORTGAGE COMPANY" Case No. 1:08-CV-01551-AWI-DLB.

    2. Any and all potential claims regarding the litigation of *Baek v. Stellmacher,* etc., which was filed in the Superior Court, County of Stanislaus, State of California, Case No. 612781but not limited to claims against Seung Won Baek for attorney fees and costs as may be awarded by the Court, and any and all potential claims against Mr. Baek as may exist, and claims against any attorney involved in the case, including claims against Mr. Baek and/or Mark Alexander, Attorney for Seung Wong Baek.

    3. Any and all claims or potential claims against Michael Fluetsch and/or the law offices of Fluetsch & Fluetsch, including any claims of malpractice or other claims arising of the legal services and/or representation of the debtors prior to the filing of the petition.

    4. Any and all stock or other interest in STELLMACHER CONSTRUCTION & DEVELOPMENT COMPANY, INC., a corporation, and any claims which may be held by the corporation.

Said grounds will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion, the Request for Judicial Notice, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

Date: March 18, 2010            DAY LAW OFFICES

                                     /s/ Montie S. Day
                                     BY:_____
                                        Montie S. Day, Attorney